UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAMU RUFARO KABILI,

Plaintiff,

v.

TESLA, INC.,

Defendant.

Case No. 26-cv-01811-LJC

**ORDER DIRECTING MARSHALS TO EFFECTUATE SERVICE**

Re: Dkt. No. 6

The Court previously granted Plaintiff Hamu Rufaro Kabili's application to proceed in forma pauperis and issued an Order to Show Cause why the Complaint should not be dismissed for failure to allege facts to support Plaintiff's claims against Defendant Tesla.  ECF No. 5.  The Court ordered Plaintiff to amend the Complaint.  *Id.*  Plaintiff has duly filed a First Amended Complaint including factual allegations underlying their Americans with Disabilities Act claim. *See* ECF No. 6.

Having reviewed the First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court finds that dismissal is not warranted at this time.  This is without prejudice to any arguments that the Defendant may raise after being served.  Accordingly, the Clerk's Office shall issue summons and the U.S. Marshal for the Northern District of California shall serve the Defendant, without prepayment of fees, with a copy of the First Amended Complaint and this Order.

**IT IS SO ORDERED.**

Dated: March 25, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California